THOMAS BOTHWELL
Attorney at Law
1400 Summitview, Suite 100
P.O. Box #2730
Yakima, WA, 98907-2730
Telephone: 509/248-0941

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NORMA JEAN HENDRICKSON,            )
                                   )   No. CV-04-3133-CI
            Plaintiff,             )
                                   )   ORDER OF DISMISSAL
vs.                                )   (STIPULATED)
                                   )
JO ANNE B. BARNHART, COMMISSIONER  )
OF SOCIAL SECURITY,                )
                                   )
            Defendant.             )
_____)

THIS MATTER having come regularly before this Court upon the NOTICE OF DISMISSAL (STIPULATED), filed herein by Norma Jean Hendrickson, Plaintiff, and the Court having reviewed said stipulation and being otherwise fully advised in the premises, hereby:

ORDERS that this cause shall be and the same is hereby dismissed with prejudice.

DATED this  28th  day of September, 2005.

S/ CYNTHIA IMBROGNO
_____
CYNTHIA IMBROGNO
MAGISTRATE JUDGE

/ / /

ORDER OF DISMISSAL (STIPULATED)

THOMAS BOTHWELL
PO Box 2730
Yakima WA  98907-2730
(509) 248-0941